IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA,  )<br>)<br>)<br>Plaintiff,                          )<br>)<br>v.                                            )<br>)<br>THE UNITED STATES OF AMERICA,   )<br>)<br>Defendant.                        )<br>)  | No. 16-651 C<br>Judge Griggsby |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel for Plaintiff Blue Cross and Blue Shield of North Carolina, which is a nongovernmental corporate party, discloses that Plaintiff has no parent corporation, and no publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: June 2, 2016

Respectfully Submitted,

s/ Lawrence S. Sher
Lawrence S. Sher (D.C. Bar No. 430469)
**REED SMITH LLP**
1301 K Street NW
Suite 1000-East Tower
Washington, DC 20005
Telephone: 202.414.9200
Facsimile: 202.414.9299
Email: lsher@reedsmith.com

*Of Counsel:*

Kyle R. Bahr (D.C. Bar No. 986946)
Conor M. Shaffer (PA Bar No. 314474)
**REED SMITH LLP**
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

- 2 -

Telephone: 412.288.3131
Facsimile: 412.288.3063
Email:  kbahr@reedsmith.com
         cshaffer@reedsmith.com

*Counsel for Plaintiff Blue Cross and Blue Shield of North Carolina*